No. 71–305. KAZUBOWSKI *v.* RAY, SHERIFF, ET AL. C. A. 7th Cir.   Application for stay and motion to amend petition denied.   Certiorari and other relief denied.

No. 71–378. FLICKINGER *v.* ELECTRIC CONSTRUCTION Co., INC.   Sup. Ct. Ariz.   Motion of National Association of Contractors Licensing Agencies for leave to file a brief as *amicus curiae* granted.   Certiorari denied.   MR. JUSTICE STEWART is of the opinion that certiorari should be granted and case set for oral argument.

No. 71–389. BLAINE ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Motion for the Government to furnish list of pending similar controversies and certiorari denied.

No. 71–5266. THERIAULT *v.* PITTMAN, U. S. DISTRICT JUDGE.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 70–115. MCVEAN *v.* UNITED STATES, *ante,* p. 822. Petition for rehearing denied.